NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES M. JOHNSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7038

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2476, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

James M. Johnson moves without opposition to expedite this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the Secretary of Veterans Affairs' response brief is due by February 27,

2012. Johnson's reply brief and the joint appendix are due on March 12, 2012. Expedited service should be used for the briefs. The case shall be placed on the May 2012 oral argument calendar.

FOR THE COURT

FEB 1 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John F. Cameron, Esq.
    Tara K. Hogan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

JAN HORBALY
CLERK